■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT LoPRESTI, Appellant. [696 NYS2d 692] —Appeal by the defendant from a judgment of the Supreme Court, Richmond County (J. Goldberg, J.), rendered December 19, 1996, convicting him of burglary in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that he was denied the effective assistance of counsel is without merit (*see, People v Ellis,* 81 NY2d 854; *People v Garcia,* 75 NY2d 973; *People v Rivera,* 71 NY2d 705; *People v Wicker,* 229 AD2d 602; *People v Sullivan,* 153 AD2d 223).

The defendant's sentence was not excessive (*see, People v Suitte,* 90 AD2d 80). Thompson, J. P., Friedmann, Schmidt and Smith, JJ., concur.